**FILED**

SEP 0 3 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. _____ **14 CR 153 CVE** |
| | ) | |
| Plaintiff, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | [26 U.S.C. § 7201: Tax Evasion] |
| JAMES DOUGLAS PIELSTICKER, | ) | |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

From on or about January 1, 2007, and continuing to on or about September 28, 2008, within the Northern District of Oklahoma and elsewhere, defendant **JAMES DOUGLAS PIELSTICKER** had and received taxable income, and upon that taxable income there was a substantial income tax due and owing. Well knowing and believing the foregoing facts, defendant **JAMES DOUGLAS PIELSTICKER** did willfully attempt to evade and defeat the individual income taxes due and owing by him to the United States of America for the calendar year 2007, by committing various affirmative acts of evasion, including: by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service; by causing his employer to pay personal expenses on his behalf; by causing his employer to underreport his wages, tips, other compensation on the 2007 Form W-2; and otherwise concealing and attempting to

conceal from all proper officers of the United States of America his true and correct income.

All in violation of Title 26, United States Code, Section 7201.

DANNY C. WILLIAMS, SR.                              A TRUE BILL
UNITED STATES ATTORNEY


_____              /s/ Grand Jury Foreperson_____
JEFFREY A. GALLANT                                 Grand Jury Foreperson
Assistant United States Attorney